UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Mark O'Dell et al.</u>

    v.                           Civil No. 05-366-JL

<u>P. M. MacKay & Sons, Inc. et al.</u>

**<u>ORDER OF RECUSAL</u>**

Because I am personally familiar with the principals of the defendant corporation, I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter.

**SO ORDERED.**

                                          _/s/ Joe Laplante_
                                          Joseph N. Laplante
                                          United States District Judge

Dated:  March 26, 2008

cc:   Christopher A. Bandazian, Esq.
      Denise Lauretti, Esq.
      Jeffrey L. Alitz, Esq.
      Thomas Kincaid McCraw, Jr., Esq.